STATE OF NEW JERSEY v. ROBERT GAITA.

June 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT LEE PALMER.

June 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN COOPER.

June 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. MODERN EDUCATIONAL
LITERATURE, INC.

June 18, 1981.

Petition for certification denied.